IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Romero, Julia

Printed: 12/10/08

Case Number: 07 B 06515
Judge: Goldgar, A. Benjamin
Filed: 4/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 5, 2008
Confirmed: September 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,211.00 |  |
| Secured: |  | 2,145.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 132.15 |
| Other Funds: |  | 933.85 |
| Totals: | 3,211.00 | 3,211.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nuvell Credit Company LLC | Secured | 11,300.24 | 2,145.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 467.29 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 179.21 | 0.00 |
| 4. | Nuvell Credit Company LLC | Unsecured | 0.39 | 0.00 |
|  |  |  | $ 11,947.13 | $ 2,145.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 77.91 |
| 6.5% | 54.24 |
|  | $ 132.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

